UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLBERT & WINSTEAD, PC 401(k) PLAN, and RICHARD L. COLBERT and KURTIS J. WINSTEAD, as trustees of COLBERT & WINSTEAD, PC 401(k) PLAN, | No. 3:07-cv-1117 |
| | Judge Echols |
| Plaintiffs, | Magistrate Judge Griffin |
| v. | |
| AIG FINANCIAL ADVISORS, INC., and SPELMAN & CO., INC., | |
| Defendants, Counter-plaintiffs, And Third-party plaintiffs, | |
| v. | |
| RICHARD L. COLBERT and KURTIS J. WINSTEAD, | |
| Counter-Defendants | |
| and | |
| MID ATLANTIC CAPITAL CORPORATION and SUNGARD INSTITUTIONAL BROKERAGE, INC., | |
| Third Party Defendants. | |

## ~~PROPOSED~~ AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised that the settlement among all parties has now been effectuated and that the parties desire that all claims in this case be dismissed with prejudice.

It is therefore ordered that all claims, counter-claims, and third party claims in this action are hereby dismissed with prejudice.

_____
United States District Judge

Approved for entry,


*/s/ H. Naill Falls Jr.*
H. Naill Falls Jr., BPR # 6787
John B. Veach III, BPR # 8994
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220
615/242-1800

Attorneys for Plaintiffs



*E. Steele Clayton, IV*
Anthony J. McFarland (TN #009551)
E. Steele Clayton, IV (TN #017298)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
(615) 742-6200

Attorneys for Defendants /Counter-Plaintiffs/Third-Party Plaintiffs
AIG Financial Advisors, Inc. and Spelman & Co., Inc.



*Matthew J. Fader*
David L. McClenahan
Matthew J. Fader

Ryan D. DeMotte
K&L Gates
535 Smithfield St.
Pittsburgh, PA 15222-2312

Craig V. Gabbert Jr.
Harwell Howard Hyne Gabbert & Manner, P.C.
315 Deaderick St., Suite 1800
Nashville, TN 37238

Attorneys for Third-party defendant
Mid Atlantic Capital Corp.


By: *Timothy L. Warnock*

Deborah S. Davidson
Kevin B. Dreher
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
312.324.1000 Telephone
312.324.1001 Facsimile

Timothy L. Warnock
Salvador M. Hernandez
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
615.320.3700 Telephone
615.320.3737 Facsimile

Attorneys for Third-Party Defendant
SunGard Institutional Brokerage, Inc.